IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PETER J. LONG,

    Plaintiff,

                                Case No.  17-cv-295-slc

    v.

MARIO L. STEGER, MARTY WINCHELL,
BECKIE BLODGETT, CHRISTINE
BEERKIRCHER, MANDY MATHSON,
AND DOUGLAS PERCY,

    Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case.


| s/ | 2/20/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |